UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-28-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LURBYN SORAYA CHIRINOS-CASTRO )<br>a/k/a "Lurbyn Soraya Chirinos" and )<br>"Lurbyn Soraya Chirino-Castro" ) | **INDICTMENT** |

The Grand Jury charges that:

On or about June 20, 2016, in the Eastern District of North Carolina, the defendant, LURBYN SORAYA CHIRINOS-CASTRO, also known as "Lurbyn Soraya Chirinos" and "Lurbyn Soraya Chirino-Castro," an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

FOREPERSON

2/17/2021
DATE

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

1